AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**
SEE ATTACHED

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
SEE ATTACHED

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ JUAN A. RAMON & GRAVIELA MIRANDA

**DISTRICT COURT NUMBER**
CR 07 0426

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM — **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) DEREK OWENS

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 5/22/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

Penalty Sheet Attached
United States v. Juan Ramon and Graviela Miranda
File Number: 2007R00779

**Offense Charged for Defendants Ramon and Miranda:**

(1)    **Count one:**    21 U.S.C. § 844(a) - Simple Possession (Methamphetamine) - <u>Class A Misdemeanor</u>

**Additional Offense Charged for Defendant Ramon:**

(2)    **Count two:**    18 U.S.C. § 1028(a)(4) - Fraud in Connection with Identification Documents - <u>Class A Misdemeanor</u>

**Penalty:**

(1)    **Count one:**    Maximum prison term:              1 year
                          Maximum fine:                    $250,000
                          Mandatory minimum fine:          $1,000
                          Mandatory special assessment fee: $25
                          Supervised release:              1 year

(2)    **Count two:**    Maximum prison term:              1 year
                          Maximum fine:                    $100,000
                          Mandatory special assessment fee: $25

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,      ) CR 07 0426
13            Plaintiff,           ) No.
                                   ) VIOLATIONS: Title 21 - United States
14                                 ) Code, Section 844(a) - Possession of a
                                   ) Controlled Substance (Class A
15       v.                        ) Misdemeanor); Title 18 - United States
                                   ) Code, Section 1028(a)(4) - Fraud and
16                                 ) Related Activity in Connection with
                                   ) Identification Documents (Class A
17  JUAN AGUAYA RAMON, a/k/a Abel  ) Misdemeanor)
    Jimenez Ortega, and GRAVIELA   )
18  MIRANDA,                       )
                                   )
19            Defendants.          )
                                   )
20  _____ ) SAN FRANCISCO VENUE
21
22                              INFORMATION
23  The United States Attorney charges:
24  COUNT ONE:     Title 21 - United States Code, Section 844(a) - Possession of a Controlled
                   Substance (Class A Misdemeanor)
25
26     On or about May 22, 2007, in the Northern District of California, within the boundaries of an
27  area administered by the National Park Service, the defendants,
28  //

INFORMATION

JUAN AGUAYA RAMON, a/k/a Abel Jimenez Ortega, and
GRAVIELA MIRANDA,

did knowingly and intentionally possess a schedule II controlled substance, to wit: a mixture of substances containing a measurable quantity of methamphetamine, in violation of Title 21, United States Code, Section 844(a), a Class A misdemeanor.

COUNT TWO: Title 18 - United States Code, Section 1028(a)(4) - Fraud and Related Activity in Connection with Identification Documents (Class A Misdemeanor)

On or about May 22, 2007, in the Northern District of California, within the boundaries of an area administered by the National Park Service, the defendant,

JUAN AGUAYA RAMON, a/k/a Abel Jimenez Ortega,

did knowingly possess an identification document, other than one issued lawfully for the use of the defendant, with the intent that such document be used to defraud the United States.

DATED: July 9, 2007

SCOTT N. SCHOOLS
United States Attorney

IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: _____)
DEREK R. OWENS
Assistant United States Attorney

//
//
//
//
//
//
//

INFORMATION