SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6809
    Fax:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0426 MAG |
|     Plaintiff, ) | |
| v. ) | **DECLARATION OF SOPHIA KARKAZIS IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| JUAN AGUAYA RAMON, a/k/a Abel Jimenez Ortega, and ) | |
| GRAVIELA MIRANDA, ) | |
|     Defendants. ) | |

    I, Sophia Karkazis, hereby declare as follows:

    1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from officers employed by the United States Park Police and from reports and other documents provided to me by the Park Police.

    2. On May 22, 2007, at approximately 2:35 a.m., Officer Michael Cameron ("Officer Cameron") of the United States Park Police was patrolling the area of Conzelman Road, just southwest of McCullough Road, in the Golden Gate National Recreation Area. Officer Cameron observed a blue Lincoln Continental Ford parked on the side of the road, bearing California Plate

Number 4RFS998.  The driver side window was rolled down, and Officer Cameron observed a Hispanic male sleeping behind the wheel, with his head hanging over the door.  Officer Cameron approached the vehicle and saw a Hispanic female asleep in the vehicle as well.

3.  While standing next to the vehicle, Officer Cameron observed the male holding in his left hand a glass pipe with black residue on it.  Officer Cameron also observed the male holding a blue lighter in his right hand.  Officer Cameron suspected the black residue was methamphetamine.

4. Officer Cameron awoke the two subjects, and asked the male to hand him the pipe in his hand.  The male subject complied by handing over the pipe along with a pink clear plastic dime bag containing a crystaline like substance..

5. Officer Cameron asked the two subjects for identification.  The male handed Officer Cameron a California Driver's License bearing the name Abel Jimenez Ortega.  The female provided a California Driver's License bearing the name Graviela Miranda.

6. According to Officer Cameron, both subjects were clearly showing objective signs of intoxication, such as having a hard time waking up, slow motor skills, and red and watery eyes.

7. Both subjects were placed under arrest for possession of methamphetamine.  They were transported to 1217 Ralston Avenue for processing.  During the processing, the male subject spontaneously stated that the drugs were not his and that if Officer Cameron did not believe him he should check Miranda's groin area for more drugs.

8. Officer Cameron asked for a female officer from the San Francisco Police Department to respond because there was no female officer on duty for the evening.  Officer Waaland arrived and conducted a search of Miranda in a private room.  Officer Waaland found a red felt coin purse located in Miranda's groin area.  The coin purse contained approximately three (3) grams of suspected methamphetamine.

9. After the two subjects were fingerprinted, dispatch was contacted by the San Francisco Police Department's Identification Unit.  Dispatch was informed that the male fingerprinted was actually Juan Aguaya Ramon with a date of birth of September 13, 1985.

10. Lab tests from the Drug Enforcement Administration, Department of Justice, determined

the following: (1) 0.28 grams of black residue found on the methamphetamine pipe was methamphetamine hydrochloride; (2) 3.7 grams of crystaline substance found in felt coin purse on Miranda was methamphetamine hydrochloride.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed July 11, 2007, at San Francisco, California.

DATED: _____7/11/07_____          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
SOPHIA KARKAZIS
Law Clerk
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-0426 MAG                -3-