SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6809
    Fax:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0426 MAG |
|     Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| JUAN AGUAYA RAMON, a/k/a Abel Jimenez Ortega, and GRAVIELA MIRANDA, ) | |
|     Defendants. ) | |

    Based on the facts set forth in the Declaration of Sophia Karkazis in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendants Juan Aguaya Ramon, 1235 Aberdeen Drive, San Jose, California, 95122 and Graviela Miranda, 51 Ward Street, Healdsburg, California, 95448.  The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendants to answer the

//
//
//
//
//

1 | Information that has been filed by the United States Attorney.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated:   7/11/07                             /s/
WENDY THOMAS
Special Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR-07-0426 MAG                -2-