08/21/2007 11:26 AM EDT

Version 7.0

San Francisco

**Case Debt Type Payment Report**
**U.S. Courts**

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN307CR000426 | | US V RAMON | | | | | | | |
| 002 | GRAVIELA MIRANDA | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611009335 | 0 | PR | 25.00 | 08/13/2007 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

$25.00  SPECIAL ASSESSMENT
           PAID IN FULL
           on 8-13-07

Page 1 of 1