# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

E-Filing

FILED
2007 OCT 15 PM 2: 39
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

**Petition for Summons for Offender Under Supervision**

Name of Offender:       Graviela Miranda            Docket No.:  CR 07-00426-02 JL

Name of Sentencing Judge:   James Larson
                            Chief United States Magistrate Judge

Date of Original Sentence:  August 13, 2007

Original Offense:
Count One: Possession of Controlled Substance, 21 U.S.C. § 844(a), a Class A misdemeanor

Original Sentence: One year pre-judgement probation pursuant to 18 U.S.C. § 3607(a)
Special Conditions: Special assessment $25.00; drug treatment

Type of Supervision: Probation              Date Supervision Commenced: August 13, 2007
Assistant U.S. Attorney: Wendy Thomas       Defense Counsel: Daniel Blank, AFPD

**Petitioning the Court**

The issuance of a summons for the offender to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on November 8, 2007 at 9:30 a.m.

I, Christine A. Magnasco, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(1) 03/23/05

Graviela Miranda                                                                 Page 2
CR 07-00426-02 JL

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition number three that the offender shall report to the probation officer as directed by the court and shall submit a truthful and complete written report within the first five days of each month. |

        This charge is evidenced by the fact that during a meeting with this officer in the Santa Rosa probation office, on September 11, 2007, I instructed the offender to meet with me in the Santa Rosa office on September 20, 2007 at 2:00 p.m. The offender failed to show for this appointment. On September 21, 2007, I attempted to call the offender at her residence, however, the phone rang numerous times with no answer, and no option to leave a voice message. On September 24, 2007, I made an unannounced contact at the offender's residence. The offender's mother answered the door and advised that the offender was not home and she did not know her whereabouts. I explained to Mrs. Miranda in Spanish that the offender had failed to meet with me on September 20, 2007, and requested that when she saw the offender to have her call me. The offender telephoned me later in the afternoon on September 24, 2007, advising that she missed our appointment because her mother was sick. The offender was instructed to meet with me in the Santa Rosa office on October 1, 2007 at 10:00 a.m. The offender failed to appear for this appointment, and called thirty minutes after the appointment time to advise that she wasn't coming in because she had to take her mother to the doctor. I instructed the offender to meet in the Santa Rosa office on October 2, 2007, at 11:00 a.m. The offender was advised that any future conflicts with appointments with me must be addressed prior to the appointment time. Prior to her departure, I advised the offender that I would be making a contact with her at her residence on October 5, 2007, sometime during the late morning hours. I instructed the offender to remain home until we made contact. On October 5, 2007, at approximately 12:00 p.m., I left a voice message for the offender advising that I was en route but would be late. I again instructed the offender to remain home until we made contact. I arrived at the offender's home just past 1:00 p.m. and found no one home. I left a voice message for the offender at her home reminding her of our appointment and requesting a call back. The offender did not return my call as of October 8, 2007.

Two            There is probable cause to believe that the offender violated standard condition number eight that the offender shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such controlled substances, except as prescribed by a physician.

This charge is evidenced by the fact that on September 11, 2007, the offender submitted a urine sample monitored by this officer which tested presumptive positive for the presence of methamphetamine, and marijuana. The specimen was sent to Kroll Laboratory Specialists, Inc. (specimen # C00784864), and was confirmed positive for the above listed substances. Further, on September 11, 2007, the offender admitted to this officer in writing that she used methamphetamine and marijuana on August 29, 2007.

Address of offender:    7 Ward Street
                        Healdsburg, CA 95448

Based on the foregoing, there is probable cause to believe that Graviela Miranda violated the conditions of his supervision.

Respectfully submitted,

Christine A. Magnasco
U.S. Probation Officer
Date Signed: October 9, 2007

Approved as to form:

Robert E. Tenney
Supervisory U.S. Probation Officer

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a summons for the offender to appear in court before the duty Magistrate Judge for identification of counsel and setting of revocation proceedings on November 8, 2007, at 11:00 a.m.

☐ Other:

10-15-07
Date

James Larson
Chief United States Magistrate Judge