UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES

    Plaintiff(s),                            No.CR07-0426 JL

    v.                                   **NOTICE OF CONTINUANCE**

GRAVIELA MIRANDA

    Defendant(s).
_____/

    ID of counsel and setting of further revocation hearing in the above entitled case is hereby continued (from November 8, 2007) to November 29, 2007 @11:00 in Courtroom F before Chief Magistrate Judge James Larson.

Dated: October 31, 2007

_____
Wings Hom Courtroom Deputy to
Chief United States Magistrate Judge
James Larson

Blank.frm                    1