UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES

        Plaintiff(s),                        No.CR07-0426 MAG

    v.                                 **NOTICE OF CONTINUANCE**

GRAVIELA MIRANDA ,

        Defendant(s).

_____/

      Probation violation hearing in the above entitled case is hereby continued (from November 29, 2007) to December 13, 2007 @ 11:00 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated:  November 20, 2007

_____

Wings Hom Courtroom Deputy  to
Chief United States Magistrate Judge
James Larson