# UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

FILED
2007 DEC 13 PM 3: 50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

---

Name of Offender:      Graviela Miranda      Docket No.:   CR 07-00426-02 JL

Name of Sentencing Judge:      James Larson
                                   Chief United States Magistrate Judge

Date of Original Sentence:      August 13, 2007

Original Offense:
Count 1: Possession of a Controlled Substance, 21 U.S.C. § 844(a), a Class A misdemeanor

Original Sentence: One year pre-judgment probation pursuant to 18 U.S.C. 3607(a)
Special Conditions: special assessment $25.00; drug treatment

Prior Form(s) 12: On October 15, 2007 a Petition for Summons was filed with the Court requesting that the offender appear to address alleged violations of probation. The matter was set for initial appearance on November 9, 2007. On October 31, 2007, the matter was continued to November 29, 2007 at 11:00 a.m. On November 20, 2007, the Court continued the matter to December 13, 2007 at 11:00 a.m.

Type of Supervision: Probation              Date Supervision Commenced: August 13, 2007
Assistant U.S. Attorney: Wendy Thomas           Defense Counsel: Daniel Blank (AFPD)

---

## Petitioning the Court

To modify the conditions of supervision as follows:

> The defendant shall participate in a mental health treatment program, as directed by the probation officer. The defendant is to pay part or all cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of mental health counseling. The actual co-payment schedule shall be determined by the probation officer.

NDC-SUPV-FORM 12B(1) 03/23/05

Graviela Miranda　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2
CR 07-00426-02 JL

**Cause**

During a meeting between the offender, her attorney, and the undersigned on November 29, 2007, it was determined that the offender could benefit from a psychological evaluation and possible on going mental health treatment based upon disclosure of past events that have possibly caused post traumatic stress for the offender. The offender agreed that she is in need of treatment and signed a Waiver of Hearing form which is attached for the court review. Further discussion of this modification request may be addressed at the offender's upcoming hearing on December 13, 2007.

The Assistant U.S. Attorney and Defense Counsel have been notified and there are no objections.

Address of offender:　　　　7 Ward Street
　　　　　　　　　　　　　　Healdsburg, CA 95448

Respectfully submitted,　　　　　　　　　　　　Reviewed by:

_____　　　　　　_____
Christine A. Magnasco　　　　　　　　　　　　Robert E. Tenney
U.S. Probation Officer　　　　　　　　　　　　Supervisory U.S. Probation Officer

Date Signed: December 4, 2007

Graviela Miranda                                                                                          Page 3
CR 07-00426-02 JL

---

THE COURT ORDERS:

☒ To modify the conditions of supervision as follows:
The defendant shall participate in a mental health treatment program, as directed by the probation officer. The defendant is to pay part or all cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of mental health counseling. The actual co-payment schedule shall be determined by the probation officer. It is further ordered that the previously ordered hearing date of December 13, 2007, at 11:00 a.m. remain on calendar to address pending alleged violations of pre-judgment probation.

☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

_12-12-07_                                                       _[signature]_
Date                                                              James Larson
                                                                  Chief United States Magistrate Judge