BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defenders 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00426-JL |
| ) | |
| Plaintiff, ) | NOTICE OF ADDITION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| GRAVIELA MIRANDA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

As parties and the Court are aware, Assistant Federal Public Defender Daniel P. Blank is on family leave for six months as of Friday, January 11, 2008. Accordingly, to ensure that the docket in the above-captioned case is appropriately monitored in his absence, please add Assistant Federal Public Defender Eric Matthew Hairston to this case. Contact information is listed above.

Dated: January 15, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

            /S/
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender

Notice of Addition of Counsel                    1