1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California  94102
       Telephone: (415) 436-6809
7      Facsimile: (415) 436-7234
       E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,         )    Criminal No. CR 07 0426 MAG
                                     )
14         Plaintiff,                )
                                     )
15                                   )    **[PROPOSED] ORDER AND**
           v.                        )    **STIPULATION CONTINUING**
16                                   )    **SENTENCING FROM FEBRUARY 7,**
   GRAVIELA MIRANDA,                 )    **2008 TO FEBRUARY 21, 2008**
17                                   )
           Defendant.                )
18                                   )
                                     )
19

20
           This matter is currently set for further revocation proceedings on February 7, 2008, at
21
   11:00 a.m.  The parties in this case hereby stipulate that, subject to the court's approval, this
22
   appearance in the above-captioned matter be continued to February 21, 2008 at 11:00 a.m., or as
23
   soon thereafter as the matter may be heard.  The reason for the stipulation is that U.S. Probation
24
   Officer Christine A. Magnasco is unavailable on the presently set date.
25
   //
26
   //
27

28
   **[PROPOSED[ ORDER AND**
   **STIPULATION FOR CONTINUANCE**
   **CR 07 0426 MAG**

  Both parties are available on the requested date.

  IT IS SO STIPULATED.

DATED: 1/23/08             /s/
                ERIC HAIRSTON
                Counsel for Graviela Miranda

DATED: 1/22/08             /s/
                WENDY THOMAS
                Special Assistant U.S. Attorney

  IT IS SO ORDERED.

DATED:_____

                THE HON. JAMES LARSON
                United States Magistrate Judge

**[PROPOSED[ ORDER AND**
**STIPULATION FOR CONTINUANCE**
**CR 07 0426 MAG**      2