1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5

6      450 Golden Gate Avenue
       San Francisco, California  94102
7      Telephone: (415) 436-6809
       Facsimile: (415) 436-7234
8      E-Mail: wendy.thomas@usdoj.gov

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )   Criminal No. CR 07 0426 MAG
                                        )
14           Plaintiff,                 )
                                        )
15                                      )   [PROPOSED] ORDER AND
        v.                              )   STIPULATION CONTINUING
16                                      )   SENTENCING FROM FEBRUARY 7,
    GRAVIELA MIRANDA,                   )   2008 TO FEBRUARY 21, 2008
17                                      )
             Defendant.                 )
18                                      )
                                        )
19  _____)

20

21          This matter is currently set for further revocation proceedings on February 7, 2008, at

22  11:00 a.m.  The parties in this case hereby stipulate that, subject to the court's approval, this

23  appearance in the above-captioned matter be continued to February 21, 2008 at 11:00 a.m., or as

24  soon thereafter as the matter may be heard.  The reason for the stipulation is that U.S. Probation

25  Officer Christine A. Magnasco is unavailable on the presently set date.

    //
26
    //
27

28
    [PROPOSED] ORDER AND
    STIPULATION FOR CONTINUANCE
    CR 07 0426 MAG

1

Both parties are available on the requested date.

2

IT IS SO STIPULATED.

3

DATED: 1/23/08 _____ /s/ _____

4

ERIC HAIRSTON
Counsel for Graviela Miranda

5

6

DATED: 1/22/08 _____ /s/ _____

7

WENDY THOMAS
Special Assistant U.S. Attorney

8

9

IT IS SO ORDERED.

10

DATED:_____ 2-6-08 _____

11

THE HON. JAMES LARSON
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED[ ORDER AND**
**STIPULATION FOR CONTINUANCE**
**CR 07 0426 MAG**              2