# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

FILED
2008 MAY -6  AM 11: 24
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

**Report on Offender Under Supervision**

| | | | |
|---|---|---|---|
| Name of Offender: | Graviela Miranda | Docket No.: | CR 07-00426-02 JL |

Name of Sentencing Judge:   James Larson
                            Chief United States Magistrate Judge

Date of Original Sentence:   August 13, 2007

Original Offense:
Count One: Possession of a Controlled Substance, 21 U.S.C. § 844(a), a Class A misdemeanor

Original Sentence: One year pre-judgment probation pursuant to 18 U.S.C. 3607(a)
Special Conditions: Special assessment $25; drug treatment

Prior Form(s) 12: On December 12, 2007, a petition modifying the defendant's conditions to include a mental health treatment was signed by Your Honor. On February 21, 2008, the defendant appeared before the court for a status hearing. The matter was continued to May 22, 2008 for further review.

Type of Supervision: Probation                Date Supervision Commenced: August 13, 2007
Assistant U.S. Attorney: Wendy Thomas         Defense Counsel: Eric Hairston (AFPD)

NDC-SUPV-FORM 12A 03/23/05

## Petitioning the Court to Take Judicial Notice

### Cause

Charge Number      Violation

One                There is probable cause to believe that the offender violated standard condition number eight that the offender shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such controlled substances, except as prescribed by a physician.

This charge is evidenced by the fact that on March 24, 2008, and April 8, 2008, the offender submitted sweat patch samples to a testing monitor at Drug Abuse Alternatives Center (specimen #'s 270916825, & 270916817 respectively), that both were confirmed by Clinical Reference Laboratory to be positive for amphetamine. Additionally, during a meeting with the offender in the Santa Rosa Probation Office on April 21, 2008, she admitted to me that she used methamphetamine on April 19, 2008, and submitted a urine sample which was confirmed positive for methamphetamine by Kroll Laboratory Specialists, Inc. (specimen # C00784895). The offender also submitted a urine sample at Drug Abuse Alternatives Center on April 22, 2008, which was confirmed by Kroll Laboratory Specialists, Inc. to be positive for methamphetamine (A50024891).

### Action Taken and Reason

Ms. Miranda has relapsed with the use of methamphetamine. She has expressed a desire to change her lifestyle and refrain from further use of the substance, however she has difficulty staying away from associates who use illicit substances. The offender denied use of methamphetamine regarding the March 24, 2008, test and claims that this news was so disturbing to her that she made a decision to use methamphetamine on April 19, 2008. The offender remains employed at Kragen Auto Parts in Healdsburg, California. Ms. Miranda continues to attend and participate in both group and individual outpatient counseling at Drug Abuse Alternatives.

Graviela Miranda                                                                Page 3
CR 07-00426-02 JL

The Assistant U.S. Attorney has been notified and there are no objections.

Address of offender:        7 Ward Street
                            Healdsburg, CA 95448

Respectfully submitted,                         Reviewed by:


_____                       _____
Christine A. Magnasco                           Robert E. Tenney
U.S. Probation Officer                          Supervisory U.S. Probation Officer

Date Signed: May 1, 2008

---

THE COURT ORDERS:

☒ The Court concurs and takes judicial notice and will further address this matter at the offender's status hearing scheduled for May 22, 2007, at 11:00 a.m.
☐ Submit a request to modify supervision
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:


_5-05-08_____               _____
Date                                    James Larson
                                        Chief United States Magistrate Judge